**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

---

| | |
|---|---|
| **DIEGO ABIMAEL MEZA VEJAR** | **CIVIL CASE NO. 26-2297 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

---

## MEMORANDUM RULING AND ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (R. Doc. 1) filed by Petitioner Diego Abimael Meza Vejar ("Vejar"). At the time of filing, Vejar was an immigration detainee at the Richwood Correctional Center in Richwood, Louisiana. *See* R. Doc. 1 at 1. According to the Executive Office for Immigration Review[1] and the online detainee locator service[2], Vejar is no longer detained by ICE. Court staff verified that Petitioner was removed on September 23, 2026.

An alien who has been removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011) (per curiam); *Dien Thanh Ngo v. Johnson*, 3:19-CV-976, 2019 WL 3468909 (N.D. Tex. 2019) (collecting cases), *report and recommendation adopted*, 2019 WL 3459817 (N.D. Tex. 2019); 28 U.S.C. § 2241.

---

[1] https://acis.eoir.justice.gov/en/caseInformation

[2] https://locator.ice.gov/odls/#/results

Because Petitioner has been deported, **IT IS ORDERED** that the Petition (R. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** this 28th day of September, 2026.

Jerry Edwards, Jr.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**